**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| LENBRO HOLDING INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SIMON FALIC,<br><br>        Defendant. | CIVIL ACTION FILE<br>NO.: _____ |

**COMPLAINT**

NOW COMES Plaintiff Lenbro Holding Inc. and files this Complaint against Defendant Simon Falic, showing the Court as follows:

**Parties, Jurisdiction, and Venue**

1.

Plaintiff Lenbro Holding Inc. ("Lenbro" or "Plaintiff") is a foreign corporation, incorporated in the British Virgin Islands with its principal office located at Akara Building, 24 De Castro Street, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands.

2.

Defendant Simon Falic ("Defendant" or "Mr. Falic") is a citizen of Florida and a resident of Dade County. Mr. Falic may be served by process by delivery of a copy of the Summons and Complaint to his home address at 61 Camden Court, Bal Harbour, Florida, 33154-1324.

3.

This Court has jurisdiction pursuant to 28 U.S.C.A. § 1332.  The amount in controversy exceeds $75,000.00, exclusive of interests and costs, and diversity of citizenship exists.

4.

Venue is appropriate in this judicial district under 28 U.S.C.A. § 1391(a).

**Factual Allegations**

5.

On or about September 30, 2005, Plaintiff Lenbro and two corporations owned by Mr. Falic and his two brothers, Leon Falic and Jerome Falic, entered into two Consulting Agreements (the "Consulting Agreements").

6.

Under the terms of the first Consulting Agreement, Urban Decay Cosmetics, LLC, a limited liability company organized under the laws of the State of Delaware ("Urban Decay"), agreed to pay Lenbro a consulting fee of $4,000,000.00 payable in sixteen (16) equal quarterly installments of US $250,000.00 each, on the last business day of each calendar quarter, commencing March 31, 2006.  A true and correct copy of this Consulting Agreement is attached hereto as Exhibit A.

7.

Under the terms of the second Consulting Agreement, Christian Lacroix SNC, a company organized and incorporated under the laws of France ("Lacroix"), agreed to pay Lenbro a consulting fee of $4,000,000.00 payable in sixteen (16) equal quarterly installments of US

$250,000.00 each, on the last business day of each calendar quarter, commencing March 31, 2006.  A true and correct copy of this Consulting Agreement is attached hereto as Exhibit B.

8.

Both Consulting Agreements were signed by Leon Falic on behalf of Urban Decay and Lacroix, respectively, and they contain Florida choice of law provisions.

9.

On or about September 22, 2005, in connection with the negotiation and execution of the Consulting Agreements, Defendant Simon Falic signed a personal guarantee in which he personally assumed liability for the payment of the consulting fees to Lenbro under the terms of the two Consulting Agreements (the "Personal Guarantee").  A true and correct copy of the personal guarantee is attached hereto as Exhibit C.

10.

The Personal Guarantee, which is handwritten in Hebrew and signed by Mr. Falic, was required by Lenbro as a condition to entering into the Consulting Agreements.

11.

Per the terms of the Personal Guarantee, Mr. Falic agreed as follows:

I, the undersigned, am personally liable for the aforementioned:

Payment of $2M for shares (10% in DFA) by the end of 2005;

Advisory fee in the amount of $4M to be paid in 4 years by Urban Decay Cosmetics;

Advisory fee in the amount of $4M to be paid in 4 years by Christian Lacroix SNC."

12.

In accordance with the Personal Guarantee, Lenbro was paid the $2,000,000 as partial payment for its ten percent (10%) ownership of shares in Duty Free Americas ("DFA"), a company owned by Mr. Falic and his two brothers Leon and Jerome Falic.

13.

No payments were made by Urban Decay or Lacroix on either of the two Consulting Agreements.

14.

From 2006 through 2011, Simon Falic and his brother Leon Falic, who was acting as Simon's agent, reaffirmed the outstanding $8,000,000.00 consulting fee owed to Lenbro under the terms of the Personal Guarantee.

15.

On February 26, 2010, Leon Falic, as agent for his brother Simon Falic, caused Lenbro to be paid $25,000.00 of the total $8,000,000.00 due under the Personal Guarantee.

16.

To date, no additional payments on the Personal Guarantee have been made.

**COUNT I – BREACH OF CONTRACT**

17.

Plaintiff adopts and incorporates by reference those allegations contained in paragraphs 1 through 16 of this Complaint as though fully set forth herein.

4

18.

The Personal Guarantee is a valid and enforceable contract.  By the Personal Guaranty, Simon Falic agreed to unconditionally guaranty the payments due Plaintiff pursuant to the two Consulting Agreements.

19.

Neither Urban Decay nor Lacroix paid Plaintiff any of the amounts due under the two Consulting Agreements, triggering Plaintiff's rights to receive payment from Simon Falic under the Personal Guaranty.

20.

To date, Simon Falic has failed to perform under the Personal Guaranty in that he has not made payment of the full amounts owed to Plaintiff pursuant to the two Consulting Agreements.

21.

The failure by Mr. Falic to pay the $7,775,000.00 outstanding under the two Consulting Agreements is a material breach of the Personal Guarantee.

22.

Lenbro has suffered damages by Mr. Falic's material breach of the Personal Guarantee by the loss of the contractually agreed payment of $7,775,000.00 to which it is lawfully entitled.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in its favor as follows:

1) Awarding Lenbro compensatory damages of not less than $7,775,000.00;

2) Awarding Lenbro pre-judgment interest at the maximum legal rate;

3)	Awarding Lenbro its expenses of litigation, including reasonable attorneys' fees and costs;

4)	Ordering such further and other relief as the Court deems to be proper and just.

Respectfully submitted this 3rd day of August, 2011.

    /s/ W. Bard Brockman
W. Bard Brockman
Florida Bar No. 0868817

BRYAN CAVE LLP
One Atlantic Center
1201 W. Peachtree St., NW
Atlanta, GA 30309
(404) 572-6600 (telephone)
(404) 572-6999 (facsimile)
bard.brockman@bryancave.com

Attorney for Plaintiff Lenbro Holding Inc.