# EXHIBIT B

## CONSULTING AGREEMENT

Consulting Agreement dated as of September 30, 2005 ("Agreement"), between Christian Lacroix SNC, a a *société en nom collectif* incorporated under the laws of France having an address of 73, Rue du Faubourg St Honoré, 75008 Paris, France (the "Company"), and Lenbro Holdings, Inc., an entity organized and existing under the laws of the British Virgin Islands having an address of Akara Building, 24 De Castro Street, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands ("Consultant").

Consultant possesses extensive knowledge and experience regarding the luxury goods markets, and has assisted Company by bringing investment and business opportunities to its attention and introducing Company to potential business and strategic partners. Company believes that Consultant's business advice will be beneficial to Company to enable the Company to make new investments and/or enter into new business opportunities and relationships. Company desires to retain the services of Consultant, and Consultant has agreed to provide services to Company, subject to the terms and conditions set forth in this Agreement.

NOW, THEREFORE, the parties agree as follows:

1. Appointment of Consultant; Services. Company hereby appoints Consultant as a consultant to the business of Company and its subsidiaries. Consultant hereby accepts the appointment and agrees during the Term (as defined in paragraph 2) to (i) bring to Company's attention such investments and/or new business opportunities and relationships as Consultant believes to be appropriate for Company and (ii) make itself available to Company provide such other consulting services as may be reasonably requested from time to time by Company. Neither Consultant nor any of its employees, officers, directors or affiliates shall be required to devote any particular amount of time or effort to providing services hereunder, or to bring any particular investment and/or business opportunity to Company's attention (except those that Consultant, in its sole discretion, deems appropriate for Company).

2. Consulting Fees. In consideration of Consultant's agreement to provide the services described herein, Company will pay Consultant a cash consulting fee equal to $4,000,000 (the "Consulting Fee"), payable in sixteen (16) equal quarterly installments of US$250,000 each, on the last business day of each calendar quarter, commencing March 31, 2006.

3. Term. This Agreement and the engagement of Consultant hereunder shall remain in effect from the date hereof through until December 31, 2009 (the "Term"), unless terminated earlier pursuant to paragraph 5 hereof.

4. Independent Contractor. Consultant shall be an independent contractor, and nothing contained in this Agreement shall be deemed or construed to (i) create a partnership or joint venture between the Company and Consultant, (ii) cause Consultant to be responsible in any way for the debts, liabilities or obligations of Company, (iii) authorize Consultant to incur any debts, liabilities or obligations on Company's behalf or (iv) constitute Consultant or any of its employees as employees, officers or agents of Company. Consultant expressly acknowledges that Consultant shall not be a representative or agent of Company, and has no authority to enter into any agreement or contract on behalf of Company.

5. Termination. This Agreement and the engagement of Consultant hereunder shall terminate on the first to occur of: (a) the expiration of the Term; (ii)  Company providing 30 days' prior written notice to Consultant of the termination this Agreement and Consultant's engagement



hereunder; or Consultant electing to terminate this Agreement and its engagement hereunder by written notice if Company defaults in paying any installment of the Consulting Fee and such default continues for a period of more than 30 days.  If this Agreement is terminated by Company prior to the end of the Term, Consultant shall be entitled to receive upon such termination payment of all accrued and unpaid Consulting Fees through the date of termination, together with a lump sum payment equal to the installments of the Consulting Fees that would have been paid to Consultant during the remaining Term but for the termination of this Agreement.

6.  Miscellaneous.

(a)  Governing Law.  This Agreement shall be governed by and construed in accordance with the laws of the State of Florida for all purposes and in all respects, without regard to the conflict of law provisions of such state.

(b)  Entire Agreement.  This Agreement constitutes the entire agreement of the parties with respect to the subject matter hereof.  This Agreement may be amended or modified, and provisions hereof may be waived, only in a writing signed by all of the parties hereto.

(c)  Severability.  If any provision of this Agreement shall be declared void or unenforceable by any judicial or administrative authority, the validity of any other provision and of the entire Agreement shall not be affected thereby.

(d)  Counterparts.  This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute the same instrument

IN WITNESS WHEREOF, the parties have executed this Consulting Agreement as of the day and year first indicated above.

CHRISTIAN LACROIX SNC

By: _____

Title:

LENBRO HOLDINGS, INC.

By: _____

Title:

Sandra Merloni-Horemans

Attorney in Fact

2