# EXHIBIT C

**BSG**
Investments

22.09.2001

אני מאשר בזאת לבני יורשי [illegible]:

1. [illegible] (10% ז DFD) של 2005
2. Fee של [illegible] של [illegible] חברת [illegible] ז 4 עמ' חברת URBAN DECAY
3. Fee של [illegible] של [illegible] חברת [illegible] ז 4 עמ' את חברת CA CROIX.

[signature]

85 Medinat Hayehudim St., Herzliya Business Park, Herzliya Pituach 46140, Israel
Tel: (972) 9 971 0740, Fax: (972) 9 971 0729