UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22799-Civ-King

LENBRO HOLDING, INC.,

    Plaintiff,
vs.

SIMON FALIC,

    Defendant.
_____/

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**

Defendant Simon Falic ("Defendant"), by and through his undersigned counsel, hereby answers Plaintiff Lenbro Holding, Inc.'s ("Plaintiff") Amended Complaint as follows:

1. Defendant is without information sufficient to form a belief as to the truth of the allegations of this paragraph which accordingly are denied.

2. Admitted

3. Admitted

4. Admitted

5. Defendant is without information sufficient to form a belief as to the truth of the allegations of the first sentence of this paragraph which accordingly are denied. As to the second sentence of this paragraph, any consulting agreements speak for themselves and Plaintiff's mischaracterizations thereof are denied.

6. Denied

7. Denied

8. Denied

9. Denied.

10. As to the first sentence of this paragraph, any consulting agreements speak for themselves and Plaintiff's mischaracterizations thereof are denied. As to the second sentence, Defendant is without information sufficient to form a belief as to the truth of those allegations which accordingly are denied.

11. As to the first sentence of this paragraph, any consulting agreements speak for themselves and Plaintiff's mischaracterizations thereof are denied. As to the second sentence, Defendant is without information sufficient to form a belief as to the truth of those allegations which accordingly are denied.

12. Any consulting agreements speak for themselves and Plaintiff's mischaracterizations thereof are denied.

13. Denied

14. Denied.

15. Defendant is without information sufficient to form a belief as to the truth of the allegations of this paragraph which accordingly are denied.

16. Admitted only that Plaintiff has no interest in Urban Decay.

17. Defendant is without information sufficient to form a belief as to the truth of the allegations of this paragraph which accordingly are denied.

18. Denied.

19. Denied.

20. Denied.

21. No personal guarantee exists, accordingly, denied.

2

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

22. Defendant adopts an incorporates his answers to the paragraphs incorporated herein.

23. Denied.

24. Defendant is without information sufficient to form a belief as to the truth of the allegations of this paragraph which accordingly are denied.

25. Denied that any personal guarantee exists.

26. Denied that any personal guarantee exists.

27. Denied that any personal guarantee exists.

## **AFFIRMATIVE DEFENSES**

1. The Complaint fails to set forth claims as to which relief may be granted.

2. Plaintiff is not the real party in interest.

3. Plaintiff lacks standing to assert the claim set forth in complaint.

4. The alleged guarantee on which Plaintiff is suing fails for lack of consideration.

5. Plaintiff failed to perform any of its duties under the consulting agreements it is relying upon and thus the claim under the alleged guarantee fails for lack of consideration.

6. The alleged guarantee is not enforceable under applicable law for lack of definiteness.

7. Defendant reserves the right to supplement these defenses as warranted by discovery.

Defendant requests a jury trial of all issues so triable.

3

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

Respectfully submitted,

s/Gabriel Groisman
Paul J. Schwiep, Florida Bar No. 823244
pschwiep@coffeyburlington.com
Gabriel Groisman, Florida Bar No. 25644
ggroisman@coffeyburlington.com
COFFEY BURLINGTON, P.L.
*Counsel for Simon Falic*
2699 South Bayshore Drive, Penthouse
Miami, Florida  33133
Tel:  305-858-2900
Fax:  305-858-5261

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and on all counsel or party of record identified on the Service List below.

s/Gabriel Groisman

**SERVICE LIST**

W. Bard Brockman, Esq.
Bryan Cave LLP
One Atlantic center
1201 West Peachtree Street, NW
Atlanta, Georgia 30309
Bard.brockman@bryancave.com

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com